UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAREY JAY CRAVEN,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No.  2:14-cv-0348-KJN

ORDER

      Plaintiff has requested leave to proceed without the prepayment of fees and costs, also referred to as in forma pauperis, pursuant to 28 U.S.C. § 1915.[1]  Plaintiff has submitted the required affidavit, which demonstrates that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

      For the foregoing reasons, IT IS HEREBY ORDERED that:

      1.    Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

      2.    Service of process is appropriate for the Commissioner of Social Security.

      3.    The Clerk of the Court is directed to serve the undersigned's scheduling order in

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

1   Social Security cases.

2       4.    The Clerk of the Court is further directed to serve a copy of this order on the
3   United States Marshal.

4       5.    Within fourteen (14) days from the date of this order, plaintiff shall submit to the
5   United States Marshal an original and five copies of the completed summons, five copies of the
6   complaint, five copies of the scheduling order, and a completed USM-285 form, *and shall file a*
7   *statement with the court that such documents have been submitted to the United States Marshal.*

8       6.    The United States Marshal is directed to serve all process without prepayment of
9   costs not later than sixty (60) days from the date of this order.  Service of process shall be
10  completed by delivering a copy of the summons, complaint, and scheduling order to the United
11  States Attorney for the Eastern District of California, and by sending two copies of the summons,
12  complaint, and scheduling order by registered or certified mail to the Attorney General of the
13  United States at Washington, D.C.  <u>See</u> Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also
14  send a copy of the summons, complaint, and scheduling order by registered or certified mail to
15  the Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear
16  Street, Suite 800, San Francisco, CA, 94105-1545.  <u>See</u> Fed. R. Civ. P. 4(i)(2).  *The United States*
17  *Marshal shall thereafter file a statement with the court that such documents have been served.*

18      7.    The parties are advised of Local Rule 110, which provides: "Failure of counsel or
19  of a party to comply with [the court's Local] Rules or with any order of the Court may be grounds
20  for imposition by the Court of any and all sanctions authorized by statute or Rule or within the
21  inherent power of the Court."

22      IT IS SO ORDERED.

23  Dated:  February 5, 2014

    KENDALL J. NEWMAN  
    UNITED STATES MAGISTRATE JUDGE

2